1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   VINCENT GONZALEZ,                    )      Case No. CV 15-09384-MWF (JEM)
                                          )
12                  Plaintiff,            )
                                          )
13          v.                            )      ORDER ACCEPTING FINDINGS AND
                                          )      RECOMMENDATIONS OF UNITED
14   CAROLYN W. COLVIN, Acting            )      STATES MAGISTRATE JUDGE
     Commissioner of Social Security      )
15   Administration,                      )
                                          )
16                  Defendant.            )
                                          )
17   ─────────────────────────────

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file,

19   and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has

20   filed Objections, and the Court has engaged in a de novo review of those portions of the

21   Report and Recommendation to which Plaintiff has objected.  The Court accepts the findings

22   and recommendations of the Magistrate Judge.

23          **IT IS HEREBY ORDERED** that Judgment shall be entered AFFIRMING the

24   Commissioner's decision to deny Social Security Disability Insurance benefits and

25   Supplemental Security Income benefits to Plaintiff and DISMISSING this action with prejudice.

26   DATED: November 1, 2016

27                                                    MICHAEL W. FITZGERALD
                                                      UNITED STATES DISTRICT JUDGE

28